MARTIN D. JOYCE, Respondent, v. TROPICAL WORSTED COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

EDMUND A. KAVANAGH, Appellant, v. JULIAN M. PLATZ, Respondent.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

ANTHONY KRALY, Appellant, v. NEW YORK RAPID TRANSIT CORPORATION, Respondent.— Judgment dismissing complaint reversed upon the law and new trial granted, costs to abide the event, upon authority of Kraly v. New York Rapid Transit Corporation (post, p. 754), decided herewith. Young, Lazansky, Hagarty, Seeger and Carswell, JJ., concur.

ELSIE KRALY, Appellant, v. NEW YORK RAPID TRANSIT CORPORATION, Respondent.— Judgment dismissing complaint reversed upon the law and new trial granted, costs to abide the event. We think a question was presented for the determination of the jury as to whether the accident was caused by the alleged overcrowding of the train and, if so, whether such overcrowding constituted negligence. Young, Lazansky, Hagarty, Seeger and Carswell, JJ., concur.

MARY M. LEDWITH, Appellant, v. OTTO A. ROSALSKY, Respondent.— Order granting motion to dismiss complaint, and judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

ASSIR M. LEWINE, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant, and Another, Defendant. (Appeal No. 2.) — Order denying motion for a new trial unanimously affirmed, without costs. The proposition presented relates solely to the question of a demand and the running of interest, which has been disposed of in favor of defendant The National City Bank of New York in the decision in Lewine v. National City Bank, No. 1 (ante, p. 74), decided herewith. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

THOMAS F. NELSON, Appellant, v. THOMAS J. RYAN, Respondent.— Order and judgment reversed upon the law and the facts and new trial granted, costs to appellant to abide the event. We are of opinion that plaintiff presented a prima facie case. The dismissal was not upon the merits. A dismissal in an equity case, without findings of fact and conclusions of law, must be regarded as a nonsuit. (Civ. Prac. Act, § 441; Stephenson v. Southerland, 150 App. Div. 275; Ross v. Caywood, 162 N. Y. 259; Ware v. Dos Passos, Id. 281; McNulty Brothers v. Offerman, 141 App. Div. 730.) If it be the intent to dismiss upon the merits, a decision must be made pursuant to section 440 of the Civil Practice Act. This rule is not changed by section 482 of the act. Young, Rich, Kapper and Hagarty, JJ., concur; Lazansky, J., concurs in result.

RICHARD C. O'CONNELL, Respondent, v. NEW YORK DOCK RAILWAY, Appellant.— Order granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH FIGARA and PIETRO GRIMALDI, Appellants.— Judgment of conviction of the County Court of Nassau county unanimously affirmed. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.